IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON GOODMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 07-4779 |
| | : | |
| PA D.E.P., et al. | : | |

## **ORDER**

AND NOW, this 30th day of June, 2008, Defendants' 12(b)(6) Motion to Dismiss (Document 8) is GRANTED. Because leave to amend would be futile, Plaintiff's request for Leave to File Amendment to Complaint (Document 18) is DENIED.

The Clerk of Court is directed to mark the above-captioned case CLOSED.

BY THE COURT:

/s/Juan R. Sánchez, J.
Juan R. Sánchez, J.